PAUL J. DOMBECK, ESQ.
Arizona State Bar No. 022418
TATIANA M. FROES, ESQ.
Arizona State Bar No. 022447
THE LAW OFFICE OF PAUL J. DOMBECK, PLLC
18444 N. 25th Ave., Ste 420
Phoenix, AZ 85023
telephone (602) 648-2035
facsimile  1-866-648-2128
pdlaw@disabilityarizona.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Gilliland Hughes, | ) |
| | ) |
| Plaintiff, | ) Case No. CV-20-02063-PHX-DWL |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) NOTICE OF SERVICE ON DEFENDANT |
| Lincoln Life Assurance Company of Boston, | ) |
| f/k/a Liberty Life Assurance Company of Boston, | ) OF THE COURT'S PRELIMINARY ORDER and NOTICE OF AVAILABILITY OF MAGISTRATE |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

Plaintiff Barbara Gilliland Hughes gives notice that she served, via a private process server, this Court's Preliminary Order (Doc 5) AND Notice of Availability of Magistrate form (Doc 3), upon Defendant Lincoln Life Assurance Company of Boston, f/k/a Liberty Life Assurance Company of Boston, on December 1, 2020.

DATED this 10th day of December 2020.

THE LAW OFFICE OF PAUL J. DOMBECK, PLLC
By  s/  Paul J. Dombeck
Paul J. Dombeck
Tatiana M. Froes
Attorneys for Plaintiff

**<u>Certificate of Service</u>**

I hereby certify that on this 10th day of December, 2020, I electronically transmitted this document to the Court Clerk's Office using the CM/ECF System for filing

s/ Paul J. Dombeck