THE LAW OFFICE OF PAUL J. DOMBECK, PLLC
18444 N. 25th Ave., Ste 420
Phoenix, AZ 85023

PAUL J. DOMBECK, ESQ.
Arizona State Bar No. 022418
TATIANA M. FROES, ESQ.
Arizona State Bar No. 022447
telephone (602) 648-2035
facsimile  1-866-648-2128
pdlaw@disabilityarizona.com

*Attorneys for Plaintiff Barbara Gilliland Hughes*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Gilliland Hughes, <br><br> Plaintiff, <br><br> vs. <br><br> Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston, <br><br><br> Defendant. | Case No. 2:20-CV-02063-DWL <br><br><br> NOTICE OF SERVICE |

Plaintiff Barbara Gilliland Hughes gives notice that on this date, she has served Plaintiff's

First set of Interrogatories, and First set of Requests for Production upon Defendant's

counsel.

DATED this 17th day of March 2021.

THE LAW OFFICE OF PAUL J. DOMBECK, PLLC
By: /s/  *Paul J. Dombeck*
Paul J. Dombeck
Tatiana M. Froes
Attorneys for Plaintiff Barbara Gilliland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2021, I electronically transmitted this document to the Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM//ECF registrants:

 /s/ Paul J. Dombeck_____
Law Office of Paul J. Dombeck