**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Gilliland Hughes,<br><br>            Plaintiff,<br>     vs.<br><br>Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston,<br><br>            Defendant. | Case No. 2:20-CV-02063-DWL<br><br>**JOINT STIPULATION OF DISMISSAL WITH WITH PREJUDICE** |

The Parties file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

1.      Plaintiff and Defendant no longer desire to litigate this action.

2.      Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them and each party to bear their own attorney's fees and costs.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

RESPECTFULLY SUBMITTED this 12th day of July 2021.

1

<u>/s/ Paul J. Dombeck (with permission)</u>
Paul J. Dombeck
Arizona State Bar No. 022418
Tatiana M. Froes
Arizona State Bar No. 022447
THE LAW OFFICE OF PAUL J. DOMBECK, PLLC
18444 N. 25th Ave, Ste 420
Phoenix, AZ 85023
Telephone:  (602) 648-2035
Facsimile:  (866) 648-2128
Email:  pdlaw@disabilityarizona.com
Attorney for Plaintiff


AND


**LAW OFFICES OF IWANA RADEMAEKERS**, P.C.


By:       <u>/s/ Iwana Rademaekers</u>
Iwana Rademaekers
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2021, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Paul J. Dombeck
Email: pdlaw@disabilityarizona.com
Attorneys for Plaintiff

<u>/s/ Sandy Acker</u>
**Employee of the Law Offices of**
Iwana Rademaekers, P.C.