# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Gilliland Hughes,<br><br>              Plaintiff,<br>        vs.<br><br>Lincoln Life Assurance Company of<br>Boston f/k/a Liberty Life Assurance<br>Company of Boston,<br><br>              Defendant. | Case No.:  2:20-CV-02063-DWL<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

DATED this ___ day of July 2021.

.

1